

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-15-00273-CR |
| Appellant, | § | Appeal from |
| v. | § | 171st District Court |
| DAVID LOPEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 20140D00401) |
|  | § |  |

**J U D G M E N T**

The Court has considered this cause on State's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF NOVEMBER, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.